AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MARLENE HICKS, )
       Plaintiff, )
        )
v. )
        )
        ) **JUDGMENT IN A CIVIL CASE**
MICHAEL J. ASTRUE, ) **CASE NO. 7:11-CV-109-D**
*Commissioner of the Social* )
*Security Administration,* )
       Defendant. )

Decision by the Court:

      **IT IS ORDERED AND ADJUDGED** that the Defendant's Objections to the Memorandum and Recommendations [D.E. 36] are OVERRULED and the Court adopts the Memorandum and Recommendations [D.E. 35]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 29] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 32] is DENIED, and the case is REMANDED to the Commissioner for further proceedings consistent with the Memorandum and Recommendations and this Order.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 10, 2012,** WITH A COPY TO:

Ashley Maxwell (via CM/ECF Notice of Electronic Filing)
Jay Hinsley (via CM/ECF Notice of Electronic Filing)


| August 10, 2012 | JULIE A. RICHARDS, Clerk |
| --- | --- |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |